# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2025-0169**

J.A.G. v. State of Alabama (Appeal from Blount Circuit Court: CC-20-175)

## NOTICE

You are hereby notified that on October 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk